

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00343-CV

**INTERNATIONAL INSTALLATION, LLC,**
Appellant

v.

**MADERA MILLWORK, LTD.,**
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-07179
Honorable Renée Yanta, Special Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. It is ORDERED appellee Madera Millwork, Ltd. recover its costs of this appeal from appellant, International Installation, LLC.

SIGNED February 1, 2023.

Luz Elena D. Chapa, Justice